**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cr-00055-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. BLAANE OTEO,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that a status/scheduling hearing regarding Defendant Oteo is set **Wednesday, June 23, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.



Dated:   May 21, 2010
_____